UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JERONIMO CARDOSO,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES ROBINSON,<br><br>    Respondent. | Case No. 1:19-cv-01497-JLT-HBK (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL<br><br>(Doc. No. 33) |

Pending before the Court is Petitioner's motion to proceed *in forma pauperis*. (Doc. No. 33). Petitioner is a state prisoner proceeding with an appeal to the Ninth Circuit Court of Appeals of the denial by the United States District Court of his petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. No. 2, "Petition").

On November 22, 2023, the Court denied the Petition, and on December 11, 2023 Petitioner filed a notice of appeal to the Ninth Circuit Court of Appeals. (Doc. Nos. 28, 30). On the same date, the District Court sent Petitioner a bill for the $505.00 appeal filing fee. (Doc. No. 31). On January 3, 2024, Petitioner filed an application to proceed *in forma pauperis* on appeal. Examination of the documents reveals that Petitioner is unable to afford the costs of the appeal. *See* Rule 24(a)(1), Federal Rules of Appellate Procedure, and 28 U.S.C. § 1915.

////

Accordingly, it is **ORDERED**:

Petitioner's motion for leave to proceed *in forma pauperis* on appeal (Doc. No. 33) is GRANTED.

Dated:     January 9, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE